UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRELL DIXON, #4157-21,<br><br>　　　Plaintiff,<br><br>V.<br><br>THE STATE OF TEXAS, ET AL.,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§  No. 3:22-cv-2753-B<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE:** December 20, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE